ARMOUR PACKING COMPANY v. G. W. WILLIAMS et al.

(Decided May 24, 1898.)

*Dismissal of Action—Extension of Time to File Complaint—Discretion of Court—Appeal.*

The refusal to allow an extension of time to file a complaint is within the discretion of the trial judge, and his order dismissing the action for failure to file complaint within the time prescribed by law, will not be disturbed on appeal.

CIVIL ACTION heard before *Adams, J.*, at January Term, 1898, of NEW HANOVER Superior Court on defendant's motion to dismiss the action for plaintiff's failure to file its complaint within the time prescribed by law. The summons was issued on the 16th day of June, 1896, and the complaint was filed on the 16th day of September, 1897. His Honor, in the exercise of his discretion, allowed the motion, and plaintiff appealed.

*Mr. Herbert McClammy* for plaintiff (appellant).
*Messrs. T. W. Strange* and *Ricaud & Bryan* for defendants.

*Per Curiam:* The refusal to extend the time to file the complaint rested in the discretion of the Judge. In dismissing the action there is

No error